**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GINA MARAVENTANO; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>NORDSTROM, INC., a Washington corporation,<br><br>    Defendant - Appellant. | No. 12-55616<br><br>D.C. No. 3:10-cv-02671-JM-WMC<br>Southern District of California, San Diego<br><br>ORDER |

Before: SCHROEDER and TASHIMA, Circuit Judges.

Appellant's motion to stay district court proceedings pending appeal is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The opening brief has been filed. The answering brief remains due August 27, 2012; the optional reply brief is due 14 days after service of the answering brief.

ec/MOATT