UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GINA MARAVENTANO; NEESHA KURJI; GINA BALASANYAN; NUNE NALBANDIAN,<br><br>          Plaintiffs - Appellees,<br><br>  v.<br><br>NORDSTROM, INC., a Washington corporation,<br><br>          Defendant - Appellant. | No. 12-55616<br><br>D.C. No. 3:10-cv-02671-JM-WMC<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: NOONAN and WATFORD, Circuit Judges, and SMITH, Chief District Judge.*

In light of the appellant's request for a stay pending settlement, filed April 2, 2014, consideration of this appeal will be stayed for 90 days from the date of this order. At or before the end of that period, the parties shall submit a status update to the court.

---

     *     The Honorable William E. Smith, Chief District Judge for the U.S. District Court for the District of Rhode Island, sitting by designation.